DEAN EARL HAMMEL, APPELLANT, V. TRANSIT AUTHORITY OF THE CITY OF OMAHA, DOING BUSINESS AS METRO AREA TRANSIT, APPELLEE.

457 N.W.2d 274

Filed July 6, 1990.   No. 88-831.

David F. Eaton and James E. Schaefer, of Gallup & Schaefer, for appellant.

Timothy M. Kenny and Sandra L. Maass, of Abrahams, Kaslow & Cassman, for appellee.

HASTINGS, C.J., BOSLAUGH, WHITE, CAPORALE, SHANAHAN, GRANT, and FAHRNBRUCH, JJ.

PER CURIAM.

Upon consideration of the record, briefs, and recommendation of the Appellate Division of the District Court, we determine that the record supports a finding that the negligence of the plaintiff-appellant was more than slight when compared to the negligence, if any, of the defendant-appellee, which was less than gross, and accordingly the judgment is affirmed.

AFFIRMED.